UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-21452-JEM

16251 BOSTON LLC,

      Plaintiff,

v.

BOSTON MARKET CORPORATION,

      Defendant.
_____/

**NOTIFICATION OF NINETY DAYS' EXPIRING**

As required by Local Rule 7.1(b)(4), Plaintiff 16251 Boston LLC states as follows:

1. On June 19, 2023, Plaintiff filed a Motion for Entry of Default Judgment (the Motion). ECF No. 8.

2. Under the timeframe set out by Local Rule 7.1(c)(1), any opposing memorandum of law was due by July 3, 2023. By then, however, Defendant Boston Market Corporation did not file an opposing memorandum of law. Thus, by July 3, 2023, the Motion was fully briefed.

3. No hearing has been held on the Motion.

4. This Notice of Ninety Days' Expiring is being filed within fourteen days of the expiration of the applicable ninety-day period.

Dated: October 2, 2023                    T<small>OTH</small> F<small>UNES</small> PA

                                                s/Brian W. Toth
                                                Brian W. Toth
                                                Florida Bar No. 57708
                                                btoth@tothfunes.com
                                                Freddy Funes
                                                Florida Bar No. 87932

ffunes@tothfunes.com
Ingraham Building
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
Telephone: (305) 717-7850

*Counsel for Plaintiff 16251 Boston LLC*