UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-21452-MARTINEZ-BECERRA

16251 BOSTON LLC,

      Plaintiff,

v.

BOSTON MARKET CORPORATION,

      Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      THIS MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Default Judgment, (ECF No. 8). The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

      **ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 11), is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that:

      1.     Plaintiff's Motion for Default Judgment, (ECF No. 8), is **GRANTED**.

      2.     Final judgment is **ENTERED** against Defendant in the amount of **$926,677.63** plus post-judgment interest at the legal rate calculated from the date of the entry of final judgment pursuant to 28 U.S.C. § 1961.

      DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of January, 2024.

                                     _____

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record

                           JOSE E. MARTINEZ
                           UNITED STATES DISTRICT JUDGE